# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LAINE McCASKILL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:18-cv-01069-SAB<br><br>ORDER DIRECTING PLAINTIFF TO FILE NOTICE OF STATUS OF SERVICE<br><br>FIVE DAY DEADLINE |

Plaintiff Kevin Laine McCaskill filed this action on August 9, 2018. The summonses were issued on August 13, 2018. Pursuant to the scheduling order issued on August 13, 2018, unless other provision is made pursuant to an application to proceed in forma pauperis, appellant is required to effect service within twenty days of filing the complaint and file a return of service with this court. Further, the order granting Plaintiff's application to proceed without prepayment of fees informed Plaintiff that "the summons and complaint shall be served **within 20 days of the filing of the complaint.** Plaintiff shall promptly file proof of service with the Court upon completion of service." (ECF No. 3 at 1:21-23 (emphasis in original)). More than twenty days have passed and Plaintiff has not filed a return of service with the Court, nor does the record reflect that service was referred to the United States Marshall.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file a notice within five (5)

1

days informing the Court of the status of service on Defendant in this action. Failure to comply with this order will result in a recommendation that this action be dismissed for failure to obey a court order.

IT IS SO ORDERED.

Dated:  **September 6, 2018**

_____
UNITED STATES MAGISTRATE JUDGE