# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LAINE McCASKILL,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:18-cv-01069-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY MONETARY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH COURT ORDER<br><br>(ECF No. 6)<br><br>FIVE DAY DEADLINE |

On August 9, 2018, Plaintiff Kevin Laine McCaskill ("Plaintiff") filed a complaint seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying his application for disability benefits pursuant to the Social Security Act. Pursuant to the scheduling order issued on August 13, 2018, unless other provision is made pursuant to an application to proceed in forma pauperis, appellant is required to effect service within twenty days of filing the complaint and file a return of service with this court. Further, the order granting Plaintiff's application to proceed without prepayment of fees informed Plaintiff that "the summons and complaint shall be served within 20 days of the filing of the complaint. Plaintiff shall promptly file proof of service with the Court upon completion of service." (ECF No. 3 at 1:21-23 (emphasis in original)).

When Plaintiff did not file a timely notice of service, on September 6, 2018, an order

1

issued requiring Plaintiff to file a notice of status of service of the complaint within five days. (ECF No. 6.) More than five days have passed and Plaintiff has not responded to the September 6, 2018 order.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. <u>Bautista v. Los Angeles County</u>, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, the Court HEREBY ORDERS PLAINTIFF TO SHOW CAUSE in writing within **five (5) days** of the date of entry of this order why monetary sanctions should not issue for the failure to comply. **Plaintiff is forewarned that the failure to show cause will result in the imposition of sanctions, up to and including the dismissal of this action for failure to obey court orders.**

IT IS SO ORDERED.

Dated: __**September 13, 2018**__  
 UNITED STATES MAGISTRATE JUDGE