# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LAINE McCASKILL, | Case No. 1:18-cv-01069-SAB |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | (ECF Nos. 10) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On September 6, 2018, an order was filed requiring Plaintiff to file notice of status of service in this action within five days. Plaintiff did not respond within the time provided by the order. On September 13, 2018, an order was filed requiring Plaintiff to show cause why monetary sanctions should not issue for the failure to respond to the September 6, 2018 order. Plaintiff filed a response to the order to show cause on September 18, 2018.

Based on Plaintiff's response, the order to show cause filed September 13, 2018 is HERBY DISCHARGED.

IT IS SO ORDERED.

Dated: __**September 19, 2018**__

UNITED STATES MAGISTRATE JUDGE

1