# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LAINE McCASKILL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:18-cv-01069-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF<br><br>(ECF No. 18) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff's opening brief shall be filed on or before May 1, 2019;

2. Defendant's responsive brief shall be filed on or before May 31, 2019; and

3. Plaintiff's reply, if any, shall be filed on or before June 17, 2019.

IT IS SO ORDERED.

Dated: __**March 26, 2019**__　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1