# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KEVIN LAINE McCASKILL, | Case No. 1:18-cv-01069-LJO-SAB |
|---|---|
| Plaintiff, | ORDER RE STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 20) |
| Defendant. | |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff's opening brief shall be filed on or before May 31, 2019;

2. Defendant's responsive brief shall be filed on or before July 1, 2019; and

3. Plaintiff's reply, if any, shall be filed on or before July 16, 2019.

IT IS SO ORDERED.

Dated: **April 29, 2019**

UNITED STATES MAGISTRATE JUDGE