UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| KEVIN LAINE MCCASKILL, | ) | Civil No. 1:18-cv-01069-LJO-SAB |
| | ) | |
| Plaintiff, | ) | ORDER RE STIPULATION FOR A |
| | ) | SECOND EXTENSION OF TIME FOR |
| v. | ) | DEFENDANT TO FILE RESPONSIVE |
| | ) | BRIEF |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | (ECF No. 25) |
| Defendant. | ) | |
| | ) | |
| | ) | |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant's responsive brief shall be filed on or before August 30, 2019; and

2. Plaintiff's reply, if any, shall be filed on or before September 13, 2019.

IT IS SO ORDERED.

Dated: **August 1, 2019**

UNITED STATES MAGISTRATE JUDGE

1