UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| KEVIN LAINE MCCASKILL, | ) Civil No. 1:18-cv-01069-LJO-SAB |
| Plaintiff, | ) ORDER RE STIPULATION FOR A THIRD ) EXTENSION OF TIME FOR DEFENDANT |
| v. | ) TO FILE HER RESPONSIVE BRIEF ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) (ECF No. 29) ) |
| Defendant. | ) |

On August 30, 2019, Defendant filed a third stipulation for an extension of time to file a response to Plaintiff's opening brief. Based on the stipulation of the parties, IT IS HEREBY ORDERED that Defendant shall file his responsive pleading on or before September 6, 2019.

IT IS SO ORDERED.

Dated: **September 3, 2019**

UNITED STATES MAGISTRATE JUDGE

1