# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LAINE McCASKILL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:18-cv-01069-LJO-SAB<br><br>ORDER RE STIPULATION FOR FOURTH EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE BRIEF<br><br>(ECF No. 31) |

On September 6, 2019, the parties filed a stipulated request for a fourth extension of time for Defendant to file a responsive brief in this matter. (ECF No. 31.) The stipulation states that Defendant is in the process of obtaining agency approval of a possible voluntary remand, and only requests a seven-day extension. (Id.) The Court finds good cause to grant the request.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant's responsive brief shall be filed on or before September 13, 2019; and
2. Plaintiff's reply, if any, shall be filed on or before September 30, 2019.

IT IS SO ORDERED.

Dated: __September 9, 2019__

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1