# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LAINE MCCASKILL,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:18-cv-01069-LJO-SAB<br><br>ORDER RE STIPULATION FOR VOLUNTARY REMAND PURSUANT TO 42 U.S.C. § 405(g)<br><br>(ECF No. 33) |

On August 9, 2018, Plaintiff filed the present action seeking review of the Commissioner's denial of an application for benefits. (ECF No. 1.) On September 10, 2019, the parties filed a stipulation agreeing to a voluntary remand of this matter pursuant to 42 U.S.C. § 405(g). (ECF No. 33.)[1] Pursuant to the terms of the stipulation, upon remand to the agency, the Appeals Council will remand this case to an Administrative Law Judge (ALJ) with instructions to reevaluate the medical evidence, including, but not limited to, consideration of Plaintiff's carpal tunnel syndrome and the opinion of treating physician Dr. Rodrigo De Zubiria, and to explain the weight given to the opinion evidence in accordance with 20 C.F.R. § 404.1527. The ALJ shall also be instructed to reassess Plaintiff's RFC, including all functional limitations

---

[1] The Court notes that the filed stipulation contains the incorrect case number in the caption, however the party names are correct in the caption and within the body of the stipulation.

1

supported by the record, and issue a new decision.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand;
2. Judgment is entered in favor of Plaintiff Kevin Laine McCaskill and against Defendant Commissioner of Social Security; and
3. The Clerk of the Court is directed to CLOSE this action.

IT IS SO ORDERED.

Dated: **September 16, 2019**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE